UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* ERIC LUTHER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>IEC CORPORATION,<br><br>　　　　　　Defendant. | No.  2:21-cv-01037-DAD-JDP<br><br>ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE PURSUANT TO PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. Nos. 17, 18) |

　　　　Before the court is plaintiff-relator Eric Luther's notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the United States' notice of its consent to the dismissal of this action pursuant to 31 U.S.C. § 3730(b)(1).  (Doc. Nos. 17, 18.)  In its notice, the United States requests that "the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed," but that all other filings already on the docket in this action remain sealed.  (Doc. No. 18 at 1–2.)

　　　　Pursuant to these notices, the court orders as follows:

1. 　　　The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1), the relator's notice of voluntary dismissal (Doc. No. 17), and the United States' notice of consent to dismissal (Doc. No. 18);

2. 　　　This order shall not be sealed;

1

3. All other filings already on the docket in this action shall remain under seal;

4. Any filings in this action filed after the date of this order shall not be sealed; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2